IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                       No. 18-40053-DDC

LIAN HUA LI,
and
MICHAEL MILLS,
        Defendant,

## **O R D E R**

Now on this 5th day of June, 2018, comes the above-referenced matter upon the motion of the United States to unseal the indictment herein. The court, being duly advised in the matter, finds that said motion should be granted.

It is hereby ordered that the indictment in the above-captioned matter be unsealed.

IT IS SO ORDERED.

                              s/ K. Gary Sebelius
                              K. GARY SEBELIUS
                              United States Magistrate Judge
                              District of Kansas